IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA, *et al.*, | ) ) ) | CASE NO: 1:24-cv-1346 |
| Plaintiffs, | ) ) | Judge Dan Aaron Polster |
| v. | ) ) | |
| I. SCHUMANN & CO., LLC, *et al.*, | ) ) | **MINUTES & ORDER** |
| Defendants. | ) ) | |

On January 22, 2025, the Court held an in person case management conference. In attendance were: Plaintiff's Representative Vicki Mathews; Plaintiff's Attorney Corinne Shoop; Defendant Scott Schumann, also serving as representative for Defendant I. Schumann & Co.; and Defendants' Attorneys Rob Anderle and Clare Moran.

The Court discussed the underlying state court complaints, and the current status of Defendants' defense in those cases. As part of that, Travelers advised the Court that they are defending Defendant corporation, as well as Defendants' employees, in the state court litigation, and will continue to do so under a reservation of rights. The Court also discussed the broad nature of the duty to defend, and reminded the parties that it is settled law in Ohio that one cannot insure themselves for intentional torts. The Court advised the parties that it would not render any decision on the insurance coverage for a theoretial judgment in any state litigation that may or may not even happen, as any such judgment would be an impermissible advisory opinion.

1

In accordance with the discussions held, the parties agree that this case is to be **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Time: 21 minutes
Court Reporter: n/a

Dated: January 22, 2025                               */s/ Dan Aaron Polster*
                                                                            **Dan Aaron Polster**
                                                                            **United States District Judge**